RACHEL VAN MULLEM, COUNTY COUNSEL
MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA  93101
(805) 568-2950 / FAX: (805) 568-2982
E-mail: mpbarry@countyofsb.org

Attorneys for Defendants
COUNTY OF SANTA BARBARA,
DEPUTY CAMERON HOSSLI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON CELLONA,<br><br>                    Plaintiff,<br><br>v.<br><br><br>COUNTY OF SANTA BARBARA,<br>DEPUTY CAMERON HOSSLI,<br>and DOES 1-10 inclusive,<br><br>                    Defendants. | Case No: 2:25-cv-01503 AH (Ex)<br><br>**DEFENDANTS COUNTY OF SANTA BARBARA AND DEPUTY CAMERON HOSSLI'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Anne Hwang<br>Courtroom: 9C, First St. Courthouse<br><br>Hearing Date: June 3, 2026<br>Time: 1:30 p.m. |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on June 3, 2026 at 1:30 p.m., or as

soon thereafter as the matter may be heard, in Courtroom 9C of the above-

entitled Court, located at 350 W. First St., Los Angeles, California, Defendants

COUNTY OF SANTA BARBARA (the "County") and DEPUTY CAMERON

HOSSLI (together, "Defendants") will, and hereby do, move the Court for

summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
 (805) 568-2950

1.

as to each cause of action presented in Plaintiff's Complaint on the grounds that there is no genuine issue as to any material fact and that the moving parties are entitled to judgment as a matter of law. If, for any reason, summary judgment cannot be had, Defendants move for partial summary judgment.

Summary judgment should be granted for Defendants on each of the claims alleged against them by Plaintiff for the following reasons:

1. Defendant Deputy Cameron Hossli is entitled to summary judgment in his favor as to Plaintiff's first cause of action for excessive force in violation of the Fourth Amendment, brought under 42 U.S.C. § 1983, because the uncontroverted facts establish that Deputy Hossli is immune from liability with respect to this cause of action pursuant to the doctrine of qualified immunity both because Deputy Hossli's use of force was objectively reasonable and because no clearly established law informed Deputy Hossli that his use of force would violate the Fourth Amendment.

2. Defendant County of Santa Barbara is entitled to summary judgment in its favor as to Plaintiff's second cause of action alleging local government entity liability under 42 U.S.C. § 1983 because: (1) there is not sufficient evidence that Deputy Cameron Hossli acted pursuant to an unlawful official policy, custom, or practice of the County and (2) there is not sufficient evidence that any such official policy, custom or practice was the moving force behind any constitutional violation.

This motion is based upon this Notice of Motion, the parties' Joint Brief regarding the Defendants' Motion for Summary Judgment or, in the alternative, Partial Summary Judgment, the Joint Appendix of Facts, the Joint Appendix of Evidence, Defendants' Request for Judicial Notice, Defendants' Reply, on all pleadings and papers on file in this action, and upon such matters as may be presented to the Court at or before the time of the hearing on this motion.

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

2.

**Compliance with Local Rule 7-3**

This motion is made following the telephonic conference of Defendants' counsel with Plaintiff's counsel pursuant to Local Rule 7-3 which took place on April 14, 2026 and a follow-up videoconference which took place on April 24, 2026.

Dated: April 29, 2026                    Respectfully submitted,

RACHEL VAN MULLEM
COUNTY COUNSEL


By: /S/ - Mary Pat Barry
    MARY PAT BARRY
    Senior Deputy County Counsel
Attorneys for Defendants
COUNTY OF SANTA BARBARA and
DEPUTY CAMERON HOSSLI

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
 (805) 568-2950

3.