RACHEL VAN MULLEM, COUNTY COUNSEL
MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA  93101
(805) 568-2950 / FAX: (805) 568-2982
E-mail: mpbarry@countyofsb.org

Attorneys for Defendants
COUNTY OF SANTA BARBARA,
DEPUTY CAMERON HOSSLI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON CELLONA,<br><br>                    Plaintiff,<br><br>v.<br><br><br>COUNTY OF SANTA BARBARA,<br>DEPUTY CAMERON HOSSLI,<br>and DOES 1-10 inclusive,<br><br>                    Defendants. | Case No: 2:25-cv-01503 AH (Ex)<br><br>**JOINT APPENDIX OF FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Anne Hwang<br>Courtroom: 9C, First St. Courthouse<br><br>Hearing Date: June 3, 2026<br>Time: 1:30 p.m. |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant County of Santa Barbara (the "County"), Deputy Cameron Hossli ("Hossli"), and Plaintiff Clinton Cellona ("Cellona"), hereby jointly submit the following facts in support of their respective portions of the joint brief covering the Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment.

1.

| JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
| 1. | On August 6, 2022 at approximately 18:52 hours (6:52PM) the driver of a Toyota Prius vehicle failed to yield to Santa Barbara County Sheriff's Office ("SBSO") Deputy Michael Reynoso. | ● Declaration of Michael Reynoso ("Reynoso Decl.") ¶¶ 2-5. | Undisputed. |
| 2. | SBSO Dispatch informed Deputy Reynoso that the registered owner of the vehicle was Clinton Cellona ("Cellona"). Cellona was later identified as the | ● Reynoso Decl. ¶¶ 5 | Undisputed. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

2.

| JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | driver of the Prius. | | |
| 3. | SBSO Dispatch informed Deputy Reynoso that there were active warrants for Cellona, including a no bail arrest warrant for Battery with serious bodily injury, a violation of Penal Code section 243(d); and Possession of a Controlled Substance, a violation of Health & Safety Code section 11350(a), and a $10,000 warrant for Misuse of 911 | ● Reynoso Decl. ¶¶ 5, 16. ● Defendants' Request for Judicial Notice: <u>Exhibit 1</u>: Felony Complaint <u>Exhibit 2</u>: Criminal Minute Order <u>Exhibit 3</u>: Misdemeanor Complaint <u>Exhibit 4</u>: Criminal Minute Order | **Disputed**. Reynoso's declaration at ¶¶ 5, 16 does not state why the warrants were issued. The criminal minute orders show that the warrants were issued for failing to appear at a Mental Health Competency hearing pursuant to Penal Code 978.5. (Defendant's |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

3.

| | JOINT APPENDIX OF FACTS | | |
|---|---|---|---|
| **No.** | **Fact** | **Supporting Evidence (JAE)** | **Undisputed/ Disputed** |
| | line, a violation of Penal Code section 653x. | | Request for Judicial Notice, Exhibits 2 & 4.) |

3. Moving Party's Response

Plaintiff does not dispute the stated fact as supported by the evidence and does not support his assertion of a dispute as required by Federal Rule of Civil Procedure 56(c). The evidence cited by Plaintiff concerns the content of court filings and not information provided by SBSO Dispatch to Deputy Reynoso. Therefore, the Court may assume that Joint Appendix of Facts ("JAF") No. 3 is admitted to exist without controversy. L.R. 56-4.

| | | | |
|---|---|---|---|
| 4. | Deputy Reynoso initiated a pursuit of the vehicle. SBSO Sr. Deputy David Frawley, Deputy Cameron Hossli, and Deputy Tyler Davis joined the pursuit. | ● Declaration of Mary Pat Barry ("Barry Decl."), ¶ 9, **Ex. 63** Deposition of Michael Reynoso ("Reynoso Dep.") 5:20-24; 8:20-24; 22:1-8 **Ex. 23**, Reynoso COBAN video at time stamp: 18:53:00 ● Reynoso Decl. ¶¶ 5-6 | Undisputed. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

4.

| JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| **No.** | **Fact** | **Supporting Evidence (JAE)** | **Undisputed/ Disputed** |
| | | ● Declaration of Cameron Hossli ("Hossli Decl.") ¶¶ 2-4 | |
| 5. | During the pursuit, Cellona drove recklessly for approximately 20 miles, at speeds exceeding 100 miles per hour, including running a red traffic light through a major intersection. | ● Barry Decl. ¶ 9, **Ex. 63** Reynoso Dep: 23:12-17<br>● Reynoso Decl. ¶ 8<br>● Reynoso Decl. ¶ 9, **Ex. 23**, Reynoso COBAN video at time-stamp 18:51:12 to 19:05:25 | Undisputed. |
| 6. | During the pursuit, Deputy Davis used the radio to advise units that Cellona had a history of making threats towards law enforcement. | ● Barry Decl. ¶ 9, **Ex. 63** Reynoso Dep.: 25:16-25; 26:16-22<br>● Reynoso Decl. ¶ 7<br>● Reynoso Decl. ¶ 9, **Ex. 23** at time stamp 18:59:01 – 18:59:21 | Undisputed. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

| | JOINT APPENDIX OF FACTS | | |
|---|---|---|---|
| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
| 7. | When Deputy Hossli heard Deputy Davis's radio communication about Cellona's history, Deputy Hossli recalled having previously received and reviewed an email from Deputy Davis regarding Cellona to which there were three attachments. | ● Hossli Decl. ¶ 6 | Undisputed. |
| 8. | The attachments to Deputy Davis's email were: (1) a bulletin from the Pismo Beach Police Department | ● Hossli Decl. ¶¶ 7-11, **Ex. 58** Deputy Davis email dated 09/28/2021; **Ex. 59** Pismo Beach Police Department bulletin; **Ex. 60** Screenshot of Cellona; **Ex. 61** Video of Cellona with katana swords | **Objection:** Lack of personal knowledge (FRE 602); Hearsay (FRE 801). |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

6.

| | JOINT APPENDIX OF FACTS | | |
|---|---|---|---|
| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | entitled "Officer Safety – PC 422/PC 69 Warrant"[1] advising that Cellona had an active felony warrant for a case involving threats made against law enforcement; (2) a photo posted on Cellona's social media account (thegamesuperman) depicting Cellona with an assault style rifle over his shoulder; and (3) a clip of a video posted on | | |

---

[1] "PC 422" refers to California Penal Code section 422 – criminal threats; "PC 69" refers to California Penal Code section 69 – obstructing or resisting executive officer by means of threat or violence

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

| | JOINT APPENDIX OF FACTS | | |
|---|---|---|---|
| **No.** | **Fact** | **Supporting Evidence (JAE)** | **Undisputed/ Disputed** |
| | Cellona's social media account showing Cellona swinging two katana swords. | | |

8.  Moving Party's Response

Plaintiff's boilerplate objections fail to show that Defendants cannot produce admissible evidence to support the fact. Defendant's evidence sets out facts that would be admissible in evidence. *See* Joint Appendix of Objections in Opposition of Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment ("JAO"), Defendants' Responses at pp. 3-5 (re: Hossli Decl. ¶ 7); pp. 5-7 (re: Hossli Decl. ¶ 8); pp. 7-9 (re: Hossli Decl. ¶ 9); pp. 9-11 (re: Hossli Decl. ¶ 10); and pp. 11-13 (re: Hossli Decl. ¶ 11).

| | | | |
|---|---|---|---|
| 9. | Deputy Davis wrote in his email that Cellona "should be considered armed if contacted" and referred to the Pismo Beach Police Department | ● Hossli Decl. ¶ 8, **Ex. 58** Deputy Davis email dated 09/28/2021 | **Objection:** Lack of personal knowledge (FRE 602); Hearsay (FRE 801). |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

8.

| JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | bulletin that documented Cellona referring to "having guns in vehicles." | | |

9. Moving Party's Response

Plaintiff's boilerplate objections fail to show that Defendants cannot produce admissible evidence to support the fact. Defendant's evidence sets out facts that would be admissible in evidence. *See* JAO, Defendants' Response at pp. 5-7 (re: Hossli Decl. ¶ 8).

| | | | |
|---|---|---|---|
| 10. | At approximately 19:05 hours (7:05PM), the subject vehicle used the shoulder at the left side of the number one lane to pass another vehicle. Sr. Deputy Frawley then discontinued the pursuit. | ● Barry Decl. ¶ 9, **Ex. 63** Reynoso Dep. 27:16-28:5 <br> ● Reynoso Decl. ¶ 9, **Ex. 23,** COBAN video at time stamp 19:05:00 to 19:05:19 | Undisputed. |

| | JOINT APPENDIX OF FACTS | | |
|---|---|---|---|
| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
| 11. | SBSO deputies drove to the address of the registered owner of the vehicle, which was 157 Mizar Place ("157 Mizar") in Lompoc, California. The address is located in a residential neighborhood of single family homes. | ● Barry Decl. ¶ 9, **Ex. 63** Reynoso Dep. 28:18-24 <br> ● Reynoso Decl. ¶¶ 10-11 <br> ● Reynoso Decl. ¶ 9, **Ex. 23**, COBAN video at time-stamp 19:07:23 to 19:08:10. <br> ● Hossli Decl. ¶ 13 | Undisputed. |
| 12. | When deputies arrived at 157 Mizar at approximately 19:08 hours (7:08PM), they found the subject vehicle parked in the driveway. | ● Barry Decl. ¶ 9, **Ex. 63** Reynoso Dep. 30:21-25 <br> ●Hossli Decl. ¶ 13 | Undisputed. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

| JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
| 13. | The driveway was at the home of Cellona's sister, Claudia Moser ("Moser"). Deputies learned from Moser that Cellona had arrived, told her he's going to jail and to watch his car, and then fled into the backyard. | ● Reynoso Decl. ¶ 9, **Ex. 23**, COBAN video at time stamp: 19:10:15 to 19:10:24 <br> ● Barry Decl., ¶ 7, **Ex. 57**, Deposition of Claudia Moser ("Moser Dep.") at 5:17-20 24:15-18; 59:19-61:10; 62:19–63:21 <br> ● Barry Decl. ¶ 8, **Ex. 62** Deposition of Clinton Cellona ("Cellona Dep.") 6:19-24; 85:7-12 | Undisputed. |
| 14. | SBSO deputies believed that Cellona had climbed over the backyard fence of 157 Mizar, breaking two fence slats, and fled into the backyard of 148 | ● Reynoso Decl. ¶ 13 <br> ● Hossli Decl. ¶ 15 | Undisputed. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

| JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| **No.** | **Fact** | **Supporting Evidence (JAE)** | **Undisputed/ Disputed** |
| | Alcor Ave. ("148 Alcor"). | | |
| 15. | Deputies positioned vehicles on neighborhood streets, a helicopter assisted, and Deputy Davis conducted a search for Cellona using his canine ("K9") and accompanied by Deputy Hossli. The search was unsuccessful. | ● Reynoso Decl. ¶ 14<br>● Hossli Decl. ¶¶ 14-16 | Undisputed. |
| 16. | During their search, Deputy Hossli noticed two children looking out the window of the | ● Hossli Decl. ¶ 17<br>● Barry Decl. ¶ 11, **Ex. 65**, Deposition of Cameron Hossli ("Hossli Dep.") 5:24-6:3; 11:5-10; 92:13-93:19 | **Objection:** Hearsay (FRE 801). |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

12.

| | | JOINT APPENDIX OF FACTS | | |
|---|---|---|---|---|
| **No.** | **Fact** | **Supporting Evidence (JAE)** | **Undisputed/ Disputed** | |
| | residence at 140 Alcor Avenue ("140 Alcor"). This was the residence next-door to 148 Alcor. Seeing the children in the residence indicated to Deputy Hossli that a family lived at the residence and the family was in the home that evening. | | | |

16. Moving Party's Response

Plaintiff's boilerplate objection fails to show that Defendants cannot produce admissible evidence to support the fact. Defendant's evidence sets out facts that would be admissible in evidence. *See* JAO, Defendants' Response at pp. 13-15 (re: Hossli Decl. ¶ 17). Note, in the JAO, Plaintiff does not state an objection to Barry Decl. ¶ 11, **Ex. 65**, Deposition of Cameron Hossli ("Hossli Dep.") 5:24-6:3; 11:5-10; 92:13-93:19.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

13.

| JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
| 17. | Had Cellona been located that evening, he would have been on the existing arrest warrants and for crimes committed on August 6, 2022. The crimes committed that day included: (1) Driving in willful or wanton disregard for safety of persons or property while fleeing from a pursuing peace officer, a violation of California Vehicle Code section 2800.2(a), | ● Reynoso Decl. ¶ 16. | **Objection:** Lack of personal knowledge / speculation (FRE 602). |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

14.

| JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| **No.** | **Fact** | **Supporting Evidence (JAE)** | **Undisputed/ Disputed** |
| | a felony; Resisting, delaying or obstructing a peace officer in violation of California Penal Code section 148(a)(1), a misdemeanor; and disorderly conduct by loitering, prowling, or wandering upon the private property of another, a violation of California Penal Code section 647(h), a misdemeanor. | | |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

15.

| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
|---|---|---|---|
| | **JOINT APPENDIX OF FACTS** | | |
| 17. Moving Party's Response | | | |
| Plaintiff's boilerplate objection fails to show that Defendants cannot produce admissible evidence to support the fact. Defendant's evidence sets out facts that would be admissible in evidence. *See* JAO, Defendants' Response at pp. 20-23 (Reynoso Decl. ¶ 16). | | | |
| 18. | Cellona's vehicle was towed from the driveway of 157 Mizar. Cellona's mother and sister said they would contact law enforcement if Cellona returned to the residence. | ● Reynoso Decl. ¶ 15 | Undisputed. |
| 19. | Later on August 6, 2022, Cellona returned to 157 Mizar where his sister told him to turn himself in, to obey law enforcement's | ● Barry Decl. ¶ 7, **Ex. 57**, Moser Dep. 66:22-68:22 | Undisputed. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

16.

| | JOINT APPENDIX OF FACTS | | |
|---|---|---|---|
| **No.** | **Fact** | **Supporting Evidence (JAE)** | **Undisputed/ Disputed** |
| | orders, and that she had to call the police. Cellona told her "I'm sorry. I'll pay for your fence" and took off. | | |
| 20. | At approximately 22:25 hours (10:25PM), Moser called 911 to report that Cellona had come back to her residence on foot for his car. | ● Barry Decl. ¶ 7, **Ex. 57**, Moser Dep. 64:6-64:21<br>● Barry Decl., ¶ 5, **Ex. 14** Incident Detail Report ("IDR") at p. 1[2] | Undisputed. |

[2] The Incident Detail Report references the involved Santa Barbara County Sheriff's Office units as follows:

"3231" is Deputy Reynoso
"K93" is Deputy Davis
"3233" is Deputy Hossli
"3434" is Deputy Strange
"3435" is Deputy Evert
"3461" is Deputy Hernandez
"36S5" is Lieutenant Camarena

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

17.

| JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
| 21. | Deputies Reynoso, Evert, Hernandez, Strange, and Hossli responded and met at the intersection of Aldebaran Ave. and Constellation Rd. to make a plan to approach Cellona. Cellona was reported to be in a shed in the yard of 151 Mizar Place ("151 Mizar"). | ● Reynoso Decl. ¶¶ 17-18 <br> ● Hossli Decl. ¶¶ 18-19 <br> ● Barry Decl. ¶ 11, **Ex. 65**, Hossli Dep. 95:8-16; 97:15-98:13 <br> ● Barry Decl. ¶ 5, **Ex. 14** (IDR) at p. 1 | Undisputed. |
| 22. | Deputies Reynoso, Evert, Hernandez, and Strange approached 151 Mizar on foot and encountered a | ● Reynoso Decl. ¶ 19 <br> ● Barry Decl. ¶ 9, **Ex. 63** Reynoso Dep.: 83:15-85:10 <br> ● Hossli Decl. ¶ 19 | Undisputed. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

18.

| JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | man on the porch who told them Cellona was in his yard and they could enter. | | |
| 23. | Deputy Davis and Deputy Hossli went to 148 Alcor. Deputy Hossli was responsible for containment and carried a less lethal shotgun. | ● Hossli Decl. ¶ 19<br>● Barry Decl. ¶ 11, **Ex. 65**, Hossli Dep. 108:9-110:6 | Undisputed. |
| 24. | Deputy Hossli was wearing an Axon body worn camera ("BWC") mounted on his chest. He activated his BWC in the backyard of 148 Alcor. | ● Hossli Decl. ¶ 20<br>● Declaration of Parris Ward ("Ward Decl.") ¶ 3, **Ex. 17**, BWC video<br>● Barry Decl. ¶ 11, **Ex. 65**, Hossli Dep. 122:8-124:6 | Undisputed. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

19.

| | JOINT APPENDIX OF FACTS | | |
|---|---|---|---|
| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
| 25. | At the front of 151 Mizar, Deputy Reynoso and Deputy Evert used flashlights to illuminate an area between exterior and interior fences. A shed was located in the area between those two fences. | ● Reynoso Decl. ¶¶ 19-21<br>● Barry Decl. ¶ 9, **Ex. 63** Reynoso Dep.: 85:11-87:6 | Undisputed. |
| 26. | Cellona exited the shed and Deputy Reynoso said to Cellona "Sheriff's Office. Come out with your hands up right now. Come out this way. Come out this way." | ● Reynoso Decl. ¶¶ 21-23, **Ex. 29**, COBAN video at time stamp 22:54:54 to 22:55:01.<br>● Barry Decl. ¶ 9, **Ex. 63**, Reynoso Dep.: 87:7-88:3; 89:15-20 | Undisputed. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

20.

| JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
| 27. | Cellona heard Deputy Reynoso but did not respond. Cellona turned towards the interior fence and jumped over it into the backyard of 151 Mizar. | ● Reynoso Decl. ¶ 24 <br> ● Barry Decl. ¶ 8, **Ex. 62** <br> Cellona Dep. 96:14-21 | **Objection: Lack of Personal Knowledge/ Speculation as to what Cellona heard (FRE 602); misstates the evidence; Reynoso did not testify that Cellona heard him. Undisputed as to the rest.** |

27. Moving Party's Response

Plaintiff's boilerplate objection fails to show that Defendants cannot produce admissible evidence to support the fact. Note, in the JAO, Plaintiff does not state an objection to Reynoso Decl. ¶ 24. Defendant's evidence sets out facts that would be admissible in evidence. Plaintiff's purported dispute concerns Deputy Reynoso's declaration. However, it is Cellona's

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

21.

| | JOINT APPENDIX OF FACTS | | |
|---|---|---|---|
| **No.** | **Fact** | **Supporting Evidence (JAE)** | **Undisputed/ Disputed** |
| | deposition testimony, cited by Defendants, that establishes the fact that Cellona heard Deputy Reynoso. *See* Barry Decl. ¶ 8, **Ex. 62** Cellona Dep. 96:14-21 (Cellona testified, when asked what the sheriff said, that "[h]e was talking to me nicely.") | | |
| 28. | At his location, Deputy Hossli heard a radio transmission that Cellona was running. At that time Deputy Davis moved to the front of the 148 Alcor residence. A helicopter was on scene. | ● Barry Decl. ¶ 11, **Ex. 65**, Hossli Dep. 111:11-22 <br> ● Hossli Decl. ¶ 21 <br> ● Ward Decl. ¶ 4, **Ex. 15**, Forward-Looking Infrared ("FLIR") imager video from helicopter | Undisputed. |
| 29. | Deputy Hossli suddenly saw Cellona running through the backyard of 151 Mizar towards the back fence. | ● Hossli Decl. ¶ 21 | Undisputed. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

22.

| JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
| 30. | As Cellona ran toward the fence and attempted to jump the fence, Deputy Hossli gave four verbal commands to Cellona and gave three warnings. The sequence of commands made and warnings given were: (1) "Don't run" (2) You're gonna get hit with a beanbag" (3) "Get on the ground" (4) "Get the f--- on the ground" (5) "You're gonna get hit with a beanbag" | ● Hossli Decl. ¶ 22 ● Ward Decl. ¶ 3, **Ex. 17**, BWC video at time stamp T05:55:11Z to T0:55:23Z. | Undisputed. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

23.

| | JOINT APPENDIX OF FACTS | | |
|---|---|---|---|
| **No.** | **Fact** | **Supporting Evidence (JAE)** | **Undisputed/ Disputed** |
| | (6) I'm gonna hit you with a beanbag' (7) "Get on the ground" | | |
| 31. | Before giving the last warning and last command, Hossli used his radio to announce that Cellona was "Hoppin' the back fence" | ● Hossli Decl. ¶¶ 23, 36 ● Ward Decl. ¶ 3, **Ex. 17**, BWC video at time stamp T05:55:11Z to T0:55:23Z. | Undisputed. |
| 32. | Cellona did not comply or respond to Deputy Hossli's commands and warnings. Cellona continued his efforts to jump over the fence into the backyard of 140 Alcor. | ● Hossli Decl. ¶¶ 24-26 ● Ward Decl. ¶ 3, **Ex. 17** (BWC video) at time stamp T05:55:11Z to T0:55:23Z. ● Ward Decl. ¶¶ 3-9, **Ex. 55**, FLIR Stabilized and Matched to BWC Audio ● Ward Decl. ¶¶ 3-11, **Ex. 56**, Synchronized video | **Disputed**. Cellona was already on top of the fence attempting to get down when Deputy Hossli shot him. (Ward Decl. ¶¶ 3-9, |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

24.

| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
|---|---|---|---|
| | | | Ex. 55, FLIR Stabilized and Matched to BWC Audio) |

32. Moving Party's Response

Plaintiff does not dispute the stated fact as supported by the evidence and does not support his assertion of a dispute as required by Federal Rule of Civil Procedure 56(c). Therefore, the Court may assume that JAF No. 32 is admitted to exist without controversy. L.R. 56-4.

| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
|---|---|---|---|
| 33. | Deputy Hossli was alone in the backyard of 148 Alcor; he believed there were no deputies in the backyard of 140 Alcor; he saw no SBSO deputies pursuing Cellona; and due to fences between properties, Deputy Hossli | ● Hossli Decl. ¶¶ 28-31 | Undisputed. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

25.

| | JOINT APPENDIX OF FACTS | | |
|---|---|---|---|
| **No.** | **Fact** | **Supporting Evidence (JAE)** | **Undisputed/ Disputed** |
| | believed that Cellona would be able to reach the backyard of 140 Alcor. | | |
| 34. | As Cellona jumped the fence, Deputy Hossli's Taser and OC spray were not force options and Deputy Hossli did not consider Deputy Davis and his K9 partner to be a force option because they had relocated out of the 148 Alcor backyard. | ● Hossli Decl. ¶¶ 32-34 | Disputed as incomplete. Deputy Davis relocated out of the 148 Alcor backyard and into the 140 Alcor property, reinforcing containment of Mr. Cellona. |

34. Moving Party's Response

Plaintiff does not dispute the stated fact as supported by the evidence. Furthermore, Plaintiff does not support his assertion of a dispute as required by Federal Rule of Civil Procedure 56(c). Because Plaintiff fails

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

26.

| | JOINT APPENDIX OF FACTS | | |
|---|---|---|---|
| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | to controvert the fact by declaration or other written evidence, the Court may assume that JAF No. 34 is admitted to exist without controversy. L.R. 56-4. | | |
| 35. | Deputy Hossli used his flashlight to illuminate Cellona and the bead sight on the less lethal shotgun. | ● Hossli Decl. ¶ 37 <br> ● Ward Decl. ¶ 3, **Ex. 17**, BWC video at time stamp T05:55:11Z to T0:55:23Z. | Undisputed. |
| 36. | Deputy Hossli aimed the less lethal shotgun at the target area of Cellona's left arm between the elbow and shoulder. | ● Barry Decl. ¶ 11, **Ex. 65**, Hossli Dep.: 134:14-21; 136:15-19; 139:7-11 | Objection. Hearsay (FRE 801) |

36. Moving Party's Response

Plaintiff's boilerplate objection fails to show that Defendants cannot produce admissible evidence to support the fact. Defendant's evidence sets out facts that would be admissible in evidence. *See* JAO, Defendants' Response at pp. 23-26 (re: Hossli Dep. 136:15-19); at pp. 26-28 (re: Hossli

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

27.

| JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| **No.** | **Fact** | **Supporting Evidence (JAE)** | **Undisputed/ Disputed** |
| Dep. 136:15-19); at pp. 28-31 (re: Hossli Dep. 139:7-11). Note, in the JAO, Plaintiff does not state an objection to Barry Decl. ¶ 11, **Ex. 65**, Hossli Dep. 134:14-21. | | | |
| 37. | As Cellona was jumping over the fence into 140 Alcor, Deputy Hossli aimed at Cellona's upper left arm and fired one beanbag munition at Cellona. | ● Hossli Decl. ¶ 38 <br> ● Ward Decl. ¶ 3, **Ex. 17**, BWC video at time stamp T05:55:11Z to T0:55:23Z <br> ● Ward Decl. ¶¶ 3-9, **Ex. 55**, FLIR Stabilized and Matched to BWC Audio <br> ● Ward Decl. ¶¶ 3-11, **Ex. 56**, Synchronized video | **Objection**: Hearsay (FRE 801). Misstates the evidence: Exhibits 17, 55, and 56 do not show where Hossli was aiming the shotgun when he fired the round. |
| 37. Moving Party's Response | | | |
|  Plaintiff's boilerplate objection fails to show that Defendants cannot produce admissible evidence to support the fact. Defendant's evidence sets out facts that would be admissible in evidence. *See* JAO, Defendants' Response at pp. 17-18 (re: Hossli Decl. ¶ 38). | | | |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
 (805) 568-2950

| JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
| 38. | Approximately 12 seconds passed from the moment Deputy Hossli first instructed Cellona "Don't run" to Deputy Hossli firing the less lethal shotgun. | ● Ward Decl. ¶ 3, **Ex. 17** <br> ● Ward Decl. ¶ 9, **Ex. 55** <br> ● Ward Decl. ¶ 11, **Ex. 56** <br> ● Barry Decl. ¶ 11, **Ex. 65**, Hossli Dep.: 125:16-19 <br> ● Hossli Decl. ¶ 39 | Undisputed. |
| 39. | Deputy Hossli was over 40 feet away from Cellona when he fired the less lethal shotgun. | ● Declaration of Veronica Amezola ("Amezola Decl."), ¶¶ 1-11; **Ex. 53** (Photographs of measurement) <br> ● Amezola Decl. ¶¶ 12-14, **Ex. 54**, Diagram <br> ● Barry Decl. ¶ 11, **Ex. 65** Hossli Dep. 132:2-15; 132:21-134:6 <br> ● Barry Decl. ¶ 6, **Ex. 18**, Diagram with CH marking | Undisputed. |
| 40. | Deputy Hossli fired the less | ● Hossli Decl. ¶¶ 6-12, 27, 38, **Exs. 58-61** | Undisputed that Hossli |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

29.

| JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | lethal shotgun as Cellona jumped the fence because he had information that Cellona was a violent, possibly armed and dangerous felon with a history of being threatening and assaultive towards law enforcement; Deputy Hossli witnessed Cellona's disregard for public safety exhibited during the earlier vehicle pursuit; and Deputy Hossli believed that | ● Barry Decl. ¶ 11, **Ex. 65** Hossli Dep. 137:8-16 | fired the beanbag shotgun as Cellona jumped the fence. Objection to the remainder of this statement as speculation (FRE 602). |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

30.

| JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | Cellona threatened the safety of others by attempting to jump onto the 140 Alcor property where he could access the residence that Deputy Hossli had noticed was occupied earlier that evening and turn the situation into a barricade or hostage problem. | | |

40. Moving Party's Response

Plaintiff's boilerplate objection fails to show that Defendants cannot produce admissible evidence to support the fact. Defendant's evidence sets out facts that would be admissible in evidence. *See* JAO, Defendants' Responses at pp. 2-3 (re: Hossli Decl. ¶ 6); pp. 3-5 (re: Hossli Decl. ¶ 7); pp. 5-7 (re: Hossli Decl. ¶ 8); pp. 7-9 (re: Hossli Decl. ¶ 9); pp. 9-11 (re: Hossli Decl. ¶ 10); and pp. 11-13 (re: Hossli Decl. ¶ 11); pp. 14-16 (re:

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
|---|---|---|---|
| | JOINT APPENDIX OF FACTS | | |

Hossli Decl. ¶ 27); and pp. 17-18 (re: Hossli Decl. ¶ 38). Note, in the JAO, Plaintiff states no objection to Hossli Dep. 137:8-16 based on Federal Rule of Evidence 602 and Plaintiff states no objection to Hossli Decl. ¶ 12.

| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
|---|---|---|---|
| 41. | On August 6, 2022, Deputy Hossli had no information that Cellona had any sort of mental health issue. | ● Hossli Decl. ¶ 35 <br> ● Barry Decl. ¶ 11, **Ex. 65** <br> Hossli Dep. 84:5-12; 99:1-6 | Disputed. (Barry Decl. ¶ 5) |

41. Moving Party's Response

Plaintiff does not dispute the stated fact as supported by the evidence. Plaintiff does not support his assertion of a dispute as required by Federal Rule of Civil Procedure 56(c). Because Plaintiff fails to controvert the fact by declaration or other written evidence, the Court may assume that JAF No. 41 is admitted to exist without controversy. L.R. 56-4.

| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
|---|---|---|---|
| 42. | At the front of 151 Mizar, when Cellona had jumped the interior fence, | ● Reynoso Decl. ¶¶ 24-25 <br> ● Barry Decl. ¶ 9, **Ex. 63** <br> Reynoso Dep.: 89:21-91:22 | Undisputed. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

| | JOINT APPENDIX OF FACTS | | |
|---|---|---|---|
| **No.** | **Fact** | **Supporting Evidence (JAE)** | **Undisputed/ Disputed** |
| | Deputy Reynoso pursued Cellona by entering a gate in the exterior fence, pushing down the interior fence, and entering the backyard of 151 Mizar but did not see Cellona until he looked over the fence line and saw Cellona in the backyard of 140 Alcor. | | |
| 43. | After firing the less lethal shotgun, Deputy Hossli ran out of the backyard of 148 Alcor. Deputy Hossli and Deputy Davis | ● Hossli Decl. ¶ 40 <br> ● Ward Decl. ¶ 3, **Ex. 17,** BWC video at time stamp T05:55:24Z to T05:57:17Z | Undisputed. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

33.

| JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | entered the backyard of 140 Alcor and located Cellona on the ground. Deputy Hossli removed Cellona's hat and saw that the beanbag munition had struck Cellona on the top left side of his head, causing an obvious injury. | | |
| 44. | Cellona was diagnosed with a skull fracture and underwent emergency surgery at Cottage Hospital. | ● Barry Decl. ¶ 2, **Ex. 1**, Compl. ¶ 22. | Undisputed. |
| 45. | Cellona was criminally charged with | ● Defendants' Request for Judicial Notice, Exhibit 5: Felony Complaint | Undisputed. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

34.

| | JOINT APPENDIX OF FACTS | | |
|---|---|---|---|
| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | Evading an Officer, Willful Disregard, in Violation of Vehicle Code section 2800.2(a), a Felony, and was convicted. | Exhibit 6: Criminal Minute Order<br>Exhibit 7: Plea Form with Explanations and Waiver of Rights-Felony with Factual Basis (section 9(b)(1)(g) at p. 5 and Factual Basis "Addendum" at p. 8)<br>Exhibit 8: Criminal Minute Order | |
| 46. | SBSO maintains a written Policy Manual, which is a statement of the current policies, procedures, rules and guidelines of the SBSO. Deputies are required to be familiar with the Policy Manual. | ● Hossli Decl. ¶ 41<br>● Barry Decl. ¶ 10, **Ex. 64**, Deposition of Special Duty Deputy Robert Baisa ("Baisa Dep.") 4:8-9; 9:9-20; 12:1-16<br>● Barry Decl. ¶ 11, **Ex. 65**, Hossli Dep. 30:2-10; 30:16-19 | Undisputed. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

| JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
| 47. | All SBSO deputies are regularly trained in, and required to meet, the training requirements set by the California Commission on Peace Officer Standards and Training ("P.O.S.T.") for certification as California Peace Officers. This includes training in the proper use of reasonable force and arrest and control techniques. | ●Barry Decl. ¶ 10, **Ex. 64**, Baisa Dep. 10:18-21; 13:19-14:14 ● Hossli Decl. ¶ 42 | Undisputed. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
 (805) 568-2950

| | JOINT APPENDIX OF FACTS | | |
|---|---|---|---|
| **No.** | **Fact** | **Supporting Evidence (JAE)** | **Undisputed/ Disputed** |
| 48. | SBSO has a Use of Force policy, which is Policy 300. It is the policy of SBSO that all deputies shall use only that amount of force that reasonably appears necessary, given the facts and circumstances perceived by the deputy at the time of the event. Prior to August 6, 2022, Deputy Hossli was familiar with Policy 300. | ● Barry Decl. ¶ 3, **Ex. 9**, SBSO Policy 300 - Use of Force <br> ● Barry Decl. ¶ 11, **Ex. 65**, Hossli Dep. 30:2-10; 30:20-31:10 <br> ● Hossli Decl. ¶¶ 2, 41 | Disputed that Deputy Hossli was familiar with Policy 300 prior to August 6, 2022. Undisputed as to the rest. |

48. Moving Party's Response

Plaintiff does not support his assertion of a dispute as required by Federal Rule of Civil Procedure 56(c). Because Plaintiff fails to controvert

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

37.

| JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
| the fact by declaration or other written evidence, the Court may assume that JAF No. 48 is admitted to exist without controversy. L.R. 56-4. | | | |
| 49. | SBSO requires that its deputies qualify with their firearms every quarter and Deputy Hossli has done so since December 2019. | ● Hossli Decl. ¶ 43<br>● Barry Decl. ¶ 10, **Ex. 64**, Baisa Dep. 13:19-14:14 | Undisputed. |
| 50. | SBSO's Policy 308, section 308.5 requires that its deputies complete an approved training course and annual recertification in order to be authorized to use kinetic energy projectiles. Deputy Hossli met the | ● Hossli Decl. ¶ 44<br>● Barry Decl. ¶ 10, **Ex. 64**, Baisa Dep.) 14:18-15:10; 16:4-9; 18:12-20:3; 30:2-10; 31:2-14<br>● Barry Decl. ¶ 3, **Ex. 10** SBSO Policy section 308.5<br>● Barry Decl. ¶ 11, **Ex. 65**, Hossli Dep. 23:22-24:5; 33:9-35:3 | Undisputed. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

38.

| | JOINT APPENDIX OF FACTS | | |
|---|---|---|---|
| **No.** | **Fact** | **Supporting Evidence (JAE)** | **Undisputed/ Disputed** |
| | requirements and has been authorized to use the 12-gauge less lethal shotgun since December 2019. | | |
| 51. | Deputy Hossli's use of force on August 6, 2022 was investigated by SBSO's Administrative Investigations Team. Erik Raney, Commander of SBSO's Criminal Investigations Division concluded that the use of force was reasonable, justified and | ● Barry Decl. ¶ 11, Ex. 65, Hossli Dep. 57:12-25<br>● Barry Decl. ¶ 12, Ex. 66 (Commander Raney Email) | Undisputed. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

39.

| JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Fact | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | within SBSO policy. | | |

| PLAINTIFF'S ADDITIONS TO JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Facts | Supporting Evidence (JAE) | Undisputed/ Disputed |
| 52. | Deputy Reynoso noticed a Toyota Prius accelerate at a high rate of speed and swerve lanes. He attempted to pull the vehicle over for these traffic infractions. The Prius did not stop and continued driving away. | • Declaration of Jeffrey Sanger ("Sanger Decl.") ¶ 9, Ex. 70, Reynoso Dep., pp. 18:23-19:13<br>• Reynoso Decl. ¶ 9, Exhibit 23, Reynoso COBAN at 18:51:15-18:52:11 hours. | Undisputed. |
| 53. | The dispatcher who put out the call did not advise that the warrant | • Defense Request for Judicial Notice, Ex. 2, 4 | Undisputed for purposes of this motion. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

40.

| PLAINTIFF'S ADDITIONS TO JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| **No.** | **Facts** | **Supporting Evidence (JAE)** | **Undisputed/ Disputed** |
| | was for a failure to appear for his court case on August 2, 2022, or that the proceedings in that case had been suspended pursuant to Penal Code section 1368 because a doubt had been declared by the judge as to Cellona's competency to stand trial. | | |
| 54. | At approximately 18:58 hours, Deputy Davis, the K9 handler, broadcast over the radio amongst other radio traffic | • Reynoso Decl. ¶ 9, Ex. 23, Reynoso COBAN, at 18:58:09-18:58:16 hours | Undisputed. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

41.

| PLAINTIFF'S ADDITIONS TO JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Facts | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | that Cellona's parents live on Mizar Place and he might be en route there. | | |
| 55. | A helicopter arrived on scene in the neighborhood of 157 Mizar Place to assist in the search. Deputy Davis used his K9 to search the area. Deputies searched for Cellona with their weapons drawn. | • Sanger Decl. ¶ 8, Ex. 13, Incident Detail Report<br>• Sanger Decl. ¶ 4, Ex. 20, Reynoso Report<br>• Sanger Decl., ¶ 10, Ex. 71, Hossli Depo, p. 82:10-13; p. 92:5-14 | Undisputed for purposes of this motion. |
| 56. | Deputy Reynoso spoke with Ms. Moser and Ms. Haro, who told him that they had reported | • Sanger Decl., ¶ 3, Ex. 24, Reynoso COBAN, at 20:11:08-20:11:40 hours. | Undisputed for purposes of this motion. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

| PLAINTIFF'S ADDITIONS TO JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Facts | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | Cellona's prior issues to mental health and to SBSO. Ms. Haro said he had a history of bipolar disorder. | | |
| 57. | Deputy Strange also spoke with Moser and Haro, who he had known for years. Deputy Strange was aware of Mr. Cellona's mental health issues. | • Sanger Decl. ¶ 2, Ex. 67, Strange Dep., p. 27:1-10; p. 28:10-25 | Disputed in part but immaterial. The content of Deputy Strange's deposition cited by Plaintiff does not support the alleged facts that Deputy Strange spoke with Haro or that Deputy |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

43.

| PLAINTIFF'S ADDITIONS TO JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Facts | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | | | Strange had known Haro for years. |
| 58. | Deputy Reynoso had a follow-up conversation with Ms. Moser, where she reiterated Mr. Cellona's mental health issues. After this conversation, a tow truck arrived at approximately 21:26 hours to tow Mr. Cellona's vehicle. During the search of the vehicle, no weapons or illegal items were found. | • Sanger Decl. ¶ 3, Ex. 24, Reynoso COBAN at 21:15:10 – 21:15:00; 21:26:00 hours<br>• Sanger Decl. ¶ 16, Ex. 21, Reynoso Report | Undisputed for purposes of this motion. |
| 59. | Deputy Reynoso did not document | • Sanger Decl. ¶ 4, Ex. 20, Reynoso Report | Undisputed for purposes |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

44.

| PLAINTIFF'S ADDITIONS TO JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Facts | Supporting Evidence (JAE) | Undisputed/ Disputed |
|  | Mr. Cellona's history of mental health in his report. He did not relay this information to dispatch or other the deputies. |  | of this motion. |
| 60. | At approximately 22:26 hours, Ms. Moser reported that Mr. Cellona was in her neighbor's backyard. It was relayed to dispatch that "the neighbor is talking to him and trying to calm him down." | • Barry Decl., ¶ 5, Ex. 14<br>• Sanger Decl. ¶ 5, Ex. 39, 911 Call | Undisputed for purposes of this motion. |
| 61. | At approximately 22:35 hours, Ms. Moser reiterated | • Barry Decl., ¶ 5, Ex. 14 | Undisputed for purposes |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

45.

| PLAINTIFF'S ADDITIONS TO JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Facts | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | information to dispatch about her brother's mental health issues, fear, and paranoia. Specifically, she told dispatch that she had reported her brother to "mental health" "like, two months ago". She also asked the deputies to come in quietly with their lights turned off. | • Sanger Decl. ¶ 5, Ex. 39, 911 Call | of this motion. |
| 62. | Ms. Moser also relayed that she had spoken with Mr. Cellona's attorney about his mental health | • Sanger Decl. ¶ 5, Ex. 39, 911 Call | Undisputed for purposes of this motion. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

46.

| PLAINTIFF'S ADDITIONS TO JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Facts | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | issues, and that his attorney confirmed that the judge "noticed that with him". | | |
| 63. | During discussions in the staging area, Deputy Hossli already had his beanbag shotgun deployed. | • Reynoso Decl. ¶ 23, Ex. 29, Reynoso COBAN, at 22:50:49-22:51:02 hours. | Undisputed. |
| 64. | During discussions at the staging area, Lieutenant Camarena, the highest-ranking member of SBSO who was involved, called deputies from his cell phone at | • Sanger Decl. ¶ 6, Exhibit 68, Camarena COBAN, at 22:46:07-22:46:49 hours | Disputed but immaterial. The cited evidence does not support the alleged facts because the speaker is not identified, the person with |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

47.

| PLAINTIFF'S ADDITIONS TO JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Facts | Supporting Evidence (JAE) | Undisputed/ Disputed |
|  | approximately 22:46 hours while en route in his patrol vehicle. He informed the deputies to form a perimeter and that he would be on the scene in approximately three to five minutes. |  | whom the speaker is communicating is not identified; and Plaintiff cites no evidence other than Ex. 68. |
| 65. | Lieutenant Camarena parked his vehicle on Mizar Place at approximately 22:53 hours, after Deputy Hossli had advanced into the backyard of 148 Alcor Ave, and Reynoso to the backyard of | • Sanger Decl., ¶ 6, Ex. 68, Camarena COBAN, at 22:53:04 hours<br>• Ward Decl., ¶ 3, Ex. 17, Hossli BWC | Disputed. The evidence cited by Plaintiff - Exhibits 68 and 17 - do not support the alleged facts. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

48.

| PLAINTIFF'S ADDITIONS TO JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Facts | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | 151 Mizar Place. Deputy Davis and his K9 partner advanced into 140 Alcor. | | |
| 66. | Deputy Hossli had positioned himself in the backyard corner of 148 Alcor. Deputy Reynoso illuminated the shed in the backyard of 151 Mizar Place and Mr. Cellona came out as Deputy Reynoso commanded him to come towards him. | • Barry Decl. ¶ 6, Ex. 18 <br> • Ward Decl. ¶ 3, Ex. 17, Hossli BWC <br> • Reynoso Decl. ¶ 23, Ex. 29, Reynoso COBAN, at 22:54:04-22:55:04 hours. <br> • Sanger Decl. ¶ 9, Ex.70, Reynoso Dep., p. 87:7-21. | Disputed that Cellona came out of the shed as Deputy Reynoso commanded him; Deputy Reynoso's commands were made subsequent to Cellona exiting the shed, but immaterial. *See* JAF Nos. 25-26. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

49.

| PLAINTIFF'S ADDITIONS TO JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Facts | Supporting Evidence (JAE) | Undisputed/ Disputed |
| 67. | There was a helicopter overhead with a forward-looking infrared camera tracking Mr. Cellona's movements. | • Barry, Decl. ¶ 5, Ex. 14 <br> • Ward Decl. ¶ 4, Ex. 15, FLIR Helicopter Video | Undisputed for purposes of this motion. |
| 68. | Deputy Hossli testified that he saw Mr. Cellona run through the backyard of 151 Mizar Place and begin scaling the fence. Deputy Hossli did not identify himself as a deputy sheriff or law enforcement before threatening to shoot Mr. Cellona with a | • Hossli Decl. ¶ 39, Ex. 17, Hossli BWC, T05:55:11Z- T05:55:23Z | Disputed in part but immaterial. Deputy Hossli provided Cellona with warnings that Cellona was going to be hit with a beanbag. *See* JAF No. 30. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

50.

| PLAINTIFF'S ADDITIONS TO JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Facts | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | beanbag. | | |
| 69. | At approximately, 22:55 hours, Deputy Hossli commanded Mr. Cellona to "get on the ground" while Mr. Cellona was atop the fence. Deputy Hossli then shot Mr. Cellona in the head with the beanbag shotgun. | • Ward Decl. ¶ 11, Ex. 56, BWC and FLIR synchronized recordings | Disputed in part because Plaintiff's evidence does not support the alleged fact that Deputy Hossli "shot Mr. Cellona in the head." |
| 70. | Deputy Hossli had not trained with the beanbag shotgun at night, on moving targets, on the side profile of a human-shaped target, and his | • Sanger Decl. ¶ 10, Ex. 71, Hossli Dep., pp. 134:22-25 to 135:1-4; 116:16-117:3 | Undisputed for purposes of this motion. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

| PLAINTIFF'S ADDITIONS TO JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Facts | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | shotgun was not equipped with night sights or a mounted flashlight. Deputy Hossli also testified that, in order to see over the fence, he was standing on a tipped-over planter, not on solid ground. | | |
| 71. | At the time of the shot, there were no civilians in view in the area. | • Ward Decl., ¶ 3, Exhibit 17, Hossli BWC | Undisputed for purposes of this motion. |
| 72. | Mr. Cellona was not posing an immediate threat to any of the deputies on scene. | • Sanger Decl., ¶ 7 Ex. 69, Wallentine Dep., pp. 72:17-73:5. | Undisputed for purposes of this motion. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

52.

| PLAINTIFF'S ADDITIONS TO JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| **No.** | **Facts** | **Supporting Evidence (JAE)** | **Undisputed/ Disputed** |
| 73. | The Santa Barbara Sheriff's Office policy requires deputies to write a report immediately after an incident involving the use of force. Deputy Hossli never wrote a report following this incident. | • Sanger Decl., ¶ 10, Ex. 71, Hossli Dep., p. 9:11-14; p. 10:14-19. | Undisputed that Deputy Hossli did not write a report following this incident. Disputed, but immaterial, that deputies involved in a use of force resulting in serious bodily injury would be required to write a report. *See* Barry Decl. , ¶ 3, **Ex. 9** , SBSO Policy 300 – Use of Force at |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

53.

| PLAINTIFF'S ADDITIONS TO JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Facts | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | | | section 300.5.1(3); Sanger Decl., ¶ 10, Hossli Dep. at 9:21-10:5. |
| 74. | Following the shot, Mr. Cellona was administered first aid at the scene and was airlifted to Santa Barbara Cottage Hospital for emergency surgery. His diagnosis was a (1) left temporal bone skull fracture, (2) multiple left temporal contusions and bone fragments in | • Sanger Decl. ¶ 11, Ex. 72, Report of Philip Delio M.D., pp. 1,6<br>• Sanger Decl. ¶ 12, Ex. 73, Report of Veronica Llamas, Ph.D., p. 14 | Undisputed for purposes of this motion. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

54.

| PLAINTIFF'S ADDITIONS TO JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Facts | Supporting Evidence (JAE) | Undisputed/ Disputed |
|  | the temporal lobe, and (3) diffuse brain swelling. Defense expert Philip R. Delio, M.D., confirmed that Mr. Cellona experienced a traumatic brain injury as a result of the shooting. Additionally, Veronica Llamas Ph.D. confirms that Mr. Cellona experienced a severe traumatic brain injury as a result of the shooting. |  |  |
| 75. | The toxicology report from Cottage Hospital showed no | • Sanger Decl. ¶ 12, Ex. 73, Report of Veronica Llamas, Ph.D., p. 8 | Undisputed for purposes of this motion. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

55.

| PLAINTIFF'S ADDITIONS TO JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Facts | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | evidence of alcohol or any controlled substances in Mr. Cellona's system. | | |
| 76. | Deputy Hossli testified that prior to this incident, he complained to his supervisors about the lack of night sights or mounted flashlights on the Remington 870 "less-lethal" shotguns assigned to patrol vehicles. | • Sanger Decl. ¶ 10 Exhibit 71, Hossli Dep., pp. 41:9 - 42:1 | Disputed but immaterial. Plaintiff's cited evidence does not support the alleged fact that Deputy Hossli complained to supervisors. |
| 77. | Deputies Hossli and Reynoso both testified that they were aware of other incidents | • Sanger, Decl. ¶ 10, Ex. 71, Hossli Dep., p. 154:6-17 | Disputed in part but immaterial. Deputy Reynoso's |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

| | PLAINTIFF'S ADDITIONS TO JOINT APPENDIX OF FACTS | | |
|---|---|---|---|
| No. | Facts | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | with the particular model beanbag munition causing serious injuries. | • Sanger Decl. ¶ 9, Ex. 70, Reynoso Dep., p. 103:1-4 | cited testimony does not reference "serious injuries." |
| 78. | Deputy Hossli did not make a statement about the shooting on the night of the incident. He made a statement to the Administrative Investigation Team on September 2, 2022, after he had consulted an attorney. | • Sanger Decl. ¶ 10, Exhibit 71, Hossli Dep. p. 9:5; 153:7-18 | Undisputed for purposes of this motion. |
| 79. | Mr. Cellona testified at his deposition that | • Sanger Decl. ¶ 13 Ex. 74, Cellona Dep. p. 66:1-10 | Undisputed as to what Cellona |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

57.

| | PLAINTIFF'S ADDITIONS TO JOINT APPENDIX OF FACTS | | |
|---|---|---|---|
| No. | Facts | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | the social media post attached to Deputy Davis' BOL email was his BB gun.  No firearms were ever found to be registered to Mr. Cellona. | • Sanger Decl. ¶ 14 | testified. The alleged fact that no firearms were ever found to be registered to Cellona is disputed because Plaintiff's counsel's statement made on information and belief is insufficient to support this alleged fact. |
| 80. | Special Duty Deputy Baisa testified that deputies are trained annually | • Sanger Decl. ¶ 15, Ex. 75, Baisa Dep., pp. 22:25-23:3; p. 23:15-18; pp. 23:23-24:6 | Undisputed for purposes of this motion. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

58.

| PLAINTIFF'S ADDITIONS TO JOINT APPENDIX OF FACTS | | | |
|---|---|---|---|
| No. | Facts | Supporting Evidence (JAE) | Undisputed/ Disputed |
| | at a shooting range with beanbag shotgun munitions, firing two shots per year at stationary targets. The shots are only fired during daytime hours and never on a side profile. | | |

Dated: April 29, 2026

Respectfully submitted,

SANGER, HANLEY, SANGER & AVILA, LLP

By: /s/ - Jeffrey S, Sanger
    JEFFREY S. SANGER
    MIGUEL A. AVILA
Attorneys for Plaintiff CLINTON CELLONA

Dated: April 29, 2026

RACHEL VAN MULLEM
COUNTY COUNSEL

By: /s/ - Mary Pat Barry
    MARY PAT BARRY
    Senior Deputy County Counsel
Attorneys for Defendants
COUNTY OF SANTA BARBARA and
DEPUTY CAMERON HOSSLI

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

59.

## <u>Attestation re: Signatures of Registered CM/ECF Filers</u>

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I, Mary Pat Barry, as the filer of this document, attest that all other signatories listed on this signature page(s), and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 29, 2026

By: /S/ - Mary Pat Barry
    Mary Pat Barry
    County of Santa Barbara
    Senior Deputy County Counsel

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

60.