# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON CELLONA,<br><br>              Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA BARBARA,<br>DEPUTY CAMERON HOSSLI, and<br>DOES 1-10 inclusive,<br><br>              Defendants. | Case No. 2:25-cv-01503 AH (Ex)<br><br>**FINAL JUDGMENT  [JS-6]** |

The Court, having considered the papers and all other matters presented and accepted by the Court, GRANTED Defendants COUNTY OF SANTA BARBARA and DEPUTY CAMERON HOSSLI (collectively, "Defendants") Motion for Summary Judgment based on its finding that were no triable issues of material fact as to the causes of action alleged by Plaintiff CLINTON CELLONA ("Plaintiff") against Defendants, as outlined in the Court's Order.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Defendants' Motion for Summary Judgment is GRANTED.

2. Plaintiff shall take nothing on its Complaint against Defendants.

3. Judgment is hereby entered in favor of Defendants and against Plaintiff.

This is a final judgment.

Dated:  June 29, 2026                          _____

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE

2